# Exhibit 11

# Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart

GTI's use of the Accused Systems—including, for example, GTI's MeP 30 Extraction Systems described below—infringes at least claim 1 of the '194 Patent pursuant to 35 U.S.C. § 271(a).[1]

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| [1.1] A system for extracting an essential oil from a plant material, the system comprising: | GTI's MeP 30 Extraction Systems are designed to extract botanical compounds and constituents ("essential oil") from cannabis plant source material using hydrocarbon organic solvents such as "BHO" (*i.e.*, butane). *See* Exhibit 6 (MeP Reference Manual) at pp. 12, 21, 34, 40.<br><br>Thank you for purchasing the Modular Extraction Platform (MeP). This closed-loop system is designed to safely deliver fast and reliable extractions of botanical compounds. The MeP is designed to thermodynamically separate desired constituents from raw botanical material using simple hydrocarbons as organic solvents.<br><br>Exhibit 6 (MeP Reference Manual) at p. 11.<br><br>The image below from a GTI promotional video shows a MeP 30 Extraction System in GTI's Danville, PA manufacturing facility that is used to extract essential oil from a plant material.<br><br>(Green Thumb Cultivation Reel – Danville, PA at https://youtu.be/DCzCH8YFuvw?t=24.) |

[1] On information and belief, other Accused Systems have similar structural elements and operate similarly to GTI's MeP 30 Extraction Systems such that GTI's use of its MeP 30 Extraction Systems is representative of GTI's infringement using other Accused Systems.

# Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart

| **CLAIM 1** | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| | The image below from another GTI promotional video shows a MeP 30 Extraction System in GTI's Holyoke, MA manufacturing facility that is used to extract essential oil from a plant material.<br><br><br>(Green Thumb Cultivation Reel – Holyoke, MA at https://youtu.be/AehxqRCfiRg?t=38.) |

# Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| [1.2] a solvent source container arranged to provide solvent that includes at least a hydrocarbon solvent; | As shown below, GTI's MeP 30 Extraction System uses an operating tank that acts as a "solvent source container" to provide a hydrocarbon solvent. *See* Exhibit 6 (MeP Reference Manual) at pp. 33-35, 42-45.<br><br>Solvent Source Container<br>(Annotated image from https://youtu.be/DCzCH8YFuvw?t=24.) |

# Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| [1.3] a canister that contains the plant material, the canister in fluid communication with the solvent source container and arranged to receive the solvent and produce an extract solution of the solvent and the essential oil extracted from the plant material; | GTI's MeP 30 Extraction Systems have an extraction vessel—corresponding to the claimed "canister"—that is configured to store cannabis plant material in its interior *See also* Exhibit 6 (MeP Reference Manual) at pp. 35, 40.<br><br>The annotated image below shows the "solvent source container," a "canister," and portions of the tubing and connections used to establish fluid communication between them in GTI's MeP 30 Extraction Systems.<br><br><br><br><br>(Annotated image from https://youtu.be/DCzCH8YFuvw?t=24.) |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| | During operation, the "canister" contains cannabis plant material. *See* Exhibit 6 (MeP Reference Manual) at pp. 11, 35, 42-47. Solvent introduced into the interior of the "canister" extractions botanical compounds or constituents (the claimed "essential oil") creating an "extraction solution" combining the extracted essential oil and the solvent. *Id*. at pp. 11, 35, 40, 65.<br><br>The image below shows GTI employees depositing cannabis plant material into the "canister" to store this plant material before extraction. See also id. at pp. 35, 40, 42-47.<br><br>(Green Thumb Cultivation Reel – Danville, PA at https://youtu.be/DCzCH8YFuvw?t=25.) |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| [1.4] an extract container in fluid communication with the canister, the extract container arranged to receive and collect the extract solution from the canister; | The "canister" in GTI's MeP 30 Extraction Systems is in fluid communication through a series of valves, hoses, and manifolds with a collection vessel configured to receive extract solution from the and corresponding to the claimed "extract container." *See* Exhibit 6 (MeP Reference Manual) at pp. 35, 42-43.<br><br>The annotated image below shows a claimed "canister" and the claimed "extract container" in GTI's MeP 30 Extraction Systems as well as portions of the tubing and connections allowing the "extract container" to receive "extract solution" from the "canister."<br><br><br><br>(Annotated image from https://youtu.be/DCzCH8YFuvw?t=24.) |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

<table>
<tr><th colspan="2">CLAIM 1</th></tr>
<tr><th>Claim Limitation</th><th>Infringing Element</th></tr>
<tr><td>[1.5] a heating element thermally coupled with the extract container for heating the extract container to a distilling temperature, the distilling temperature being at least a boiling point of the solvent, but below a boiling point of the essential oil, thereby separating, in the extract container, the extract solution at least into a post-extraction portion of the essential oil and a post-extraction portion of the solvent;</td><td>GTI’s MeP 30 Extraction Systems use a heated water jacket thermally coupled with the extract container as a “heating element.” See Exhibit 6 (MeP Reference Manual) at pp. 20, 23, 27-29.<br><br>The annotated image below shows the “heating element” thermally coupled to the “extract container.”<br><br>
<br><br>(Annotated image from https://youtu.be/DCzCH8YFuvw?t=24.)<br><br>GTI’s MeP 30 Extraction Systems use the “heating element” to the “extract container” and the “extraction solution” within to a temperature greater than or equal to a boiling point of the solvent but below a boiling point of the essential oil. See Exhibit 6 (MeP Reference Manual) at pp. 21, 27-29, 34-35, 43-45. This evaporates the solvent (the claimed “post-extraction portion of the solvent”) while leaving the essential oil (the claimed “post-extraction portion of the essential oil”). Id.</td></tr>
</table>

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| [1.6] a solvent collection line defining at least a first pipe that is arranged for directing, in a first direction along the solvent collection line, the post-extraction portion of the solvent from the extract container and towards the solvent source container; and | GTI's MeP 30 Extraction Systems use solvent collection lines to connect the "extract container" with the "solvent source container." For example, the rear-view figure of a MeP 30 Extraction System below shows two parallel solvent collection line paths from the top of the extract container through two parallel expansion filters (labelled "8" and "9") before converging into a single collection line that passes through the pump and discharge coil on its way back to the "solvent source container." *See* Exhibit 6 (MeP Reference Manual) at pp. 8, 10, 40, 42-46.   (Annotated image of Figure 2, Back View in Exhibit 6 (MeP Reference Manual) at p. 8.) |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| **CLAIM 1** | |
| --- | --- |
| **Claim Limitation** | **Infringing Element** |
| | Consistent with the figure above, the annotated image below of GTI's MeP 30 Extraction System shows portions of the solvent collection line between the "extract container" and the "solvent source container."<br><br><br>(Annotated image from https://youtu.be/DCzCH8YFuvw?t=24.) |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| | As shown in the figure below, the solvent collection line between the "extract container" and "solvent source container" includes and defines at least a "discharge coil" that acts as a "first pipe" arranged for directing the post-extraction portion of the solvent in a first direction along the solvent collection line.   (Selection from "Flow Line Diagram" in Exhibit 6 (MeP Reference Manual) at p. 35.) |

# Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| | The annotated image below shows the discharge coil on the back of GTI's MeP 30 Extraction System.<br><br><br>(Annotated image from https://youtu.be/DCzCH8YFuvw?t=24.) |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| [1.7] a coolant circuit defining at least a second pipe arranged for directing coolant that is thermally coupled to at least a portion of the solvent collection line for cooling the post-extraction portion of the solvent that is flowing through the solvent collection line in the first direction, with at least one of the first pipe and the second pipe defining a coiled portion. | As shown in the figure below, GTI's MeP 30 Extraction System uses a "chilling zone #1" that corresponds to the claimed "coolant circuit." *See* Exhibit 6 (MeP Reference Manual) at pp. 8, 23, 25, 35, 40.<br><br><br>(Selection from Figure 6 "MeP Water Systems Diagram" in Exhibit 6 (MeP Reference Manual) at p. 23.)<br><br>As shown in figure above and the figure below, this claimed "coolant circuit" defines at least a "second pipe" within the discharge coil that condenses evaporated solvent to a liquid. Specifically, this discharge coil consists of two coiled pipes. A "first pipe" for directing the post-extraction portion of the solvent through the solvent collection line in the first direction (see limitation [1.6] above]. And a "second pipe arranged for directing coolant" that is part of the "coolant circuit." *See id*. at pp. 8, 23, 25, 35, 40. The "second pipe" is thermally coupled with the first pipe to cool the post-extraction portion of the solvent within the "first pipe." *Id*. As shown in the images above and below, both the "first pipe" and the "second pipe" define coiled portions. |

**Exhibit 11 - U.S. Patent No. 11,565,194 Claim Chart**

| CLAIM 1 | |
|---|---|
| **Claim Limitation** | **Infringing Element** |
| |  <br>(Selection from "Flow Line Diagram" in Exhibit 6 (MeP Reference Manual) at p. 35.) |